**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE**

| | |
|---|---|
| TRACY KNEEBUSH AND VENUS KNEEBUSH,<br><br>        Plaintiffs,<br><br>      v.<br><br>WRIGHT-PATT CREDIT UNION, INC., et al.,<br><br>        Defendants. | Case No. 3:25-cv-0358 |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 83.4, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearances of Andrew J. Bjorklund and Erin Palmer Polly as counsel for Experian in this action and in support states as follows:

1. On October 22, 2025, Andrew J. Bjorklund of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On August 12, 2025, Erin Palmer Polly of the law firm Bass, Berry & Sims PLC appeared as counsel of record for Experian in the matter.

3. On June 23, 2026, Matthew Ginther, of the law firm Goodwin Procter LLP entered an appearance in this matter.  His contact information is as follows:

> Matthew Ginther
> Goodwin Procter LLP
> 1900 N Street NW
> Washington, DC 20036
> 202-346-4324
> mginther@goodwinlaw.com

4. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Andrew J. Bjorklund and Erin Palmer Polly will not delay the adjudication of this matter or otherwise prejudice any party.

5. Experian consents to this request. All parties have been notified of this request. A corporate representative of Experian has signed below. Experian's North American Headquarters are at 475 Anton Blvd., Costa Mesa, CA 92626, and a phone number is 1-(714)-830-7000.

6. I, Erin Palmer Polly, certify that the requirements of Local Rule 83.4 have been met.

Experian respectfully requests that the Court grant an Order withdrawing Andrew J. Bjorklund and Erin Palmer Polly as counsel for Experian in this matter.

2

Dated: June 26, 2026

Respectfully submitted,

*/s/ Erin Palmer Polly*
Erin Palmer Polly (#22221)
Bass, Berry, and Sims PLC
21 Platform Way South
Suite 3500
Nashville, TN 37203
Telephone: 615-742-7872
Email: erin.polly@bassberry.com

*/s/ Andrew J. Bjorklund*
Andrew J. Bjorklund
JONES DAY
Andrew J. Bjorklund
Admitted *pro hac vice*
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
Telephone:    412.394.7201
Email: abjorklund@jonesday.com

*/s/ Hanae Fujinami (with permission)*
Hanae Fujinami
Experian Information Solutions, Inc.
475 Anton Blvd
Costa Mesa, CA 92626
1-(714)-830-7000


*Attorneys for Defendant*
*Experian Information Solutions, Inc*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on June 26, 2026, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

*/s/ Erin Palmer Polly*
Erin Palmer Polly


*/s/Andrew J. Bjorklund*
Andrew J. Bjorklund


*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

4